# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| **CHRISTY WATTS,** | Civil Action No. 5:21-cv-00093-FL |
| Plaintiff, | |
| vs. | **ORDER** |
| **C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,** | |
| Defendants. | |

## ORDER GRANTING STAY OF DISCOVERY AND ALL PRETRIAL DEADLINES

Before this Court is the parties' Joint Motion to Stay Discovery and all Pretrial Deadlines that was filed. Having considered the Motion, and good cause having been shown, the court finds that it should be and is hereby **GRANTED**.

According, it is **ORDERED** that all discovery and pretrial deadlines will be stayed for 90 days, whereupon the parties shall file documents to advise the Court as to the current posture of the case.

IT IS SO ORDERED on this __14__ day of __April__ 2021.

_____
LOUISE W. FLANAGAN
United States District Judge